UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION


UNITED STATES OF AMERICA,

v.                                      Case No. 8:09-cr-430-T-30TBM

JIMMY LEE FROST


### FORFEITURE MONEY JUDGMENT

THIS CAUSE comes before the Court upon the filing of the United States' Motion for Forfeiture Money Judgment (Doc. 103) in the amount of $6,000.00, which, upon entry, shall become a final order of forfeiture as to defendant Jimmy Lee Frost.

Being fully advised in the premises, the Court hereby finds that the United States has established that the defendant obtained at least $6,000.00 in DEA registered funds as a result of the drug conspiracy alleged in Count One of the Indictment, in violation of 21 U.S.C. § 846.  Accordingly, it is hereby

ORDERED AND ADJUDGED that for good cause shown, the United States' motion (Doc. 103) is GRANTED.

It is FURTHER ORDERED that, pursuant to the provisions of 21 U.S.C. § 853 and Federal Rule of Criminal Procedure 32.2(b)(2), defendant Jimmy Lee Frost is personally liable for a forfeiture money judgment in the amount of $6,000.00, which represents the amount of DEA-registered funds he received as a result of the

conspiracy as charged in the Indictment.

The Court retains jurisdiction to enter any further order necessary for the forfeiture and disposition of any property belonging to the defendant, which the United States is entitled to seek as substitute assets, up to the amount of the $6,000.00 forfeiture money judgment, and to entertain any third party claim that may be asserted in these proceedings.

**DONE** and **ORDERED** in Tampa, Florida on June 4, 2010.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies to:
Counsel/Parties of Record

F:\Docs\2009\09-cr-430.fj 103.wpd